**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr131-MHT** |
| | ) | **(WO)** |
| **RICHARD COREY EILAND** | ) | |

**ORDER**

Upon consideration of the government's motion for leave to dismiss the superseding indictment without prejudice as to defendant Richard Corey Eiland (doc. no. 212), and in the interest of justice, it is ORDERED that the motion is granted, and the government is granted leave to file a dismissal of the superseding indictment (doc. no. 32) without prejudice as to defendant Richard Corey Eiland.

DONE, this the 26th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**