IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr131-MHT |
| | ) | (WO) |
| **RICHARD COREY EILAND** | ) | |

### ORDER

Pursuant to the notice of dismissal of the superseding indictment (doc. no. 226), it is the ORDER, JUDGMENT, and DECREE of the court that the superseding indictment (doc. no. 32) is dismissed without prejudice as to defendant Richard Corey Eiland and that defendant Eiland is discharged.

DONE, this the 27th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**